IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARYANNE GROSSE,
       Plaintiff,
vs.                                    Civil Action No. 09-018

JAMES B. PEAKE,
Secretary of the Department
of Veterans' Affairs,
       Defendant.

**ORDER OF COURT**

AND NOW this 15th day of May, 2009, before the court is plaintiff's Motion to Stay Proceedings, which seeks to stay that instant case pending the resolution of administrative proceedings currently before the VA Office of Resolution Management. Upon consideration of plaintiff's argument, we will refrain from ruling on the outstanding motion, and in the interest of judicial economy, IT IS HEREBY ORDERED that the Clerk of Court is directed to mark this case ADMINISTRATIVELY CLOSED.

Nothing contained in this order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, either party may initiate it in the same manner as if this order had not been entered.

BY THE COURT:

_____, J.

cc:   All Counsel of Record