```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA


MARYANNE GROSSE,                )
       Plaintiff,               )
                                )
       v.                       )  Civil Action No. 09-18
                                )
JAMES B. PEAKE, ETC.,           )
       Defendant.               )
```

ORDER

AND NOW, this 6th day of October, 2009, IT IS HEREBY ORDERED that a status conference in the instant case will be held before the undersigned on October 14, 2009 at 4:30 p.m. in Suite 3250, 3rd floor, U.S. Courthouse.  All counsel shall bring their calendars to the conference for scheduling purposes and should be prepared to discuss settlement.

IT FURTHER ORDERED that the parties shall file an Amended Rule 26 report on or before October 13, 2009.

                            BY THE COURT:


                            s/Gary L. Lancaster
                            Gary L. Lancaster,
                            Chief United States District Judge


cc:   all parties of record