IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| MARYANNE GROSSE, | : | |
|---|---|---|
| Plaintiff, | : | CIVIL ACTION NO. 09-018 |
| v. | : | JUDGE LANCASTER |
| ERIC K. SHINSEKI, Secretary of the Department of Veterans Affairs, | : | *(Electronically Filed)* |
| Defendant. | : | |

O R D E R

AND NOW, to wit, this 16th day of March, 2010, upon consideration of the Stipulation of Dismissal that has been filed by the parties, it is hereby ORDERED that the above captioned matter is dismissed, with prejudice.

CHIEF UNITED STATES DISTRICT JUDGE